United States District Court
Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   LASHAUNDA M. MCDANIEL,                    Case No.: 12-cv-5944 JSC
11                  Plaintiff,                 **ORDER REFERRING CASE FOR
                                               SETTLEMENT CONFERENCE;
12        v.                                   SETTING SCHEDULE**
13
14   PATRICK R. DONAHOE, UNITED STATES
     POSTAL SERVICE,
15
16                  Defendants.
17
18        Following the Case Management Conference ("CMC") held on April 25, 2013, IT IS
19   HEREBY ORDERED THAT:
20        The parties are referred to a Magistrate Judge for a settlement conference to occur within 150
21   days of this Order.
22        If the case has not settled, a further CMC shall occur on October 3, 2013 at 1:30 p.m., in
23   Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.  A joint
24   CMC statement shall be filed by September 26, 2013.
25        All fact discovery shall be completed by October 31, 2013.
26
27        **IT IS SO ORDERED.**
28

United States District Court
Northern District of California

1    Dated:  May 17, 2013

2                                                    _____
                                                     JACQUELINE SCOTT CORLEY
3                                                    UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28