IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUNDA M. MCDANIEL,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK R. DONAHOE, UNITED STATES POSTAL SERVICE,<br><br>Defendants. | Case No.: 12-cv-5944 JSC<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE; SETTING SCHEDULE** |

Following the Case Management Conference ("CMC") held on April 25, 2013, IT IS HEREBY ORDERED THAT:

The parties are referred to a Magistrate Judge for a settlement conference to occur within 150 days of this Order.

If the case has not settled, a further CMC shall occur on October 3, 2013 at 1:30 p.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California. A joint CMC statement shall be filed by September 26, 2013.

All fact discovery shall be completed by October 31, 2013.

**IT IS SO ORDERED.**

Dated: May 17, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE