UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUNDA M. MCDANIEL,<br>    Plaintiff,<br>  v.<br>PATRICK R. DONAHOE, et al.,<br>    Defendants. | Case No.  12-cv-05944-JSC<br><br>**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME**<br><br>Dkt. No. 65 |

Now pending before the Court is pro se Plaintiff LaShaunda McDaniel's second motion for an extension of time to file an opposition to Defendants' motion for summary judgment. (Dkt. No. 65.) Defendants do not oppose Plaintiff's request, but ask the Court to instruct Plaintiff that no further extension will be given. The Court accordingly GRANTS the motion with the caveat that this is the final extension of time Plaintiff will be granted. While the Court is mindful of Plaintiff's busy schedule, this is Plaintiff's case and she must either prosecute it or, upon reflection, dismiss it. The revised schedule is set forth below.

Plaintiff's Opposition:    August 4, 2014
Defendants' Reply:         August 20, 2014
Hearing:                   September 11, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 30, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge