UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUNDA M. MCDANIEL,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK R. DONAHOE, et al.,<br><br>  Defendants. | Case No.  12-cv-05944-JSC<br><br>**ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO MONDAY, SEPTEMBER 15, 2014** |

In Plaintiff's reply in support of her motion for an extension of time, Plaintiff requests that any future court date be set for a Monday since Sunday and Monday are Plaintiff's only days off work.  (Dkt. No. 70 at 3.)  In light of Plaintiff's request, the Court reschedules the hearing on Defendants' motion to dismiss from Thursday, September 11, 2014 to **Monday, September 15, 2014 at 9:00 a.m.** in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: July 28, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge