UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUNDA M. MCDANIEL,<br>        Plaintiff,<br>   v.<br>PATRICK R. DONAHOE, et al.,<br>        Defendants. | Case No.  12-cv-05944-JSC<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO STRIKE PLAINTIFF'S UNTIMELY OPPOSITION; GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF**<br><br>Re: Dkt. No. 73 |

Now pending before the Court is Defendants' administrative motion to strike Plaintiff's late-filed opposition to Defendants' motion for summary judgment. The Court DENIES the motion. While Plaintiff filed her opposition more than a week late, the Court declines to strike the untimely opposition in light of Plaintiff's pro se status.

Defendants also request that, if the motion to strike is denied, they be given until August 28, 2014 to file their reply brief in support of the motion for summary judgment. Defendants' request is GRANTED.

The hearing on Defendants' motion for summary judgment remains scheduled for Monday, September 15, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 19, 2014

                                                    JACQUELINE SCOTT CORLEY<br>
                                                    United States Magistrate Judge